395 A.2d 1005

Commonwealth v. Jones, Appellant.

Submitted December 31, 1977.   John W. Packel, Assistant Public Defender, and Benjamin Lerner, Defender, for appellant;  Eric B. Henson, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.